UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBK BANK, SSB, a Texas State Savings Bank,<br><br>    Plaintiff,<br><br> v.<br><br>NAVDEEP KAUR SINGH; and DAVE SINGH,<br><br>    Defendants. | No. 1:17-cv-00868-LJO-BAM<br><br>CERTIFICATION AND ORDER TO SHOW CAUSE RE: CONTEMPT OF NAVDEEP KAUR SINGH<br><br>(Doc. No. 20)<br><br>Date: August 7, 2018<br>Time: 8:30 AM<br>Dept: 4 (LJO) |

  Plaintiff TBK BANK, SSB, a Texas State Savings Bank ("Plaintiff") initiated this action on June 29, 2017. Defendants Navdeep Kaur Singh and Dave Singh (collectively "Defendants") were served with the summons and complaint on July 12, 2017. Defendants failed to answer or otherwise respond to the complaint, and the Clerk of the Court entered their defaults on August 9, 2017. (Doc. Nos. 7, 8.) Thereafter, default judgment was entered against Defendants jointly and severally on March 21, 2018, in the amount of $1,958,429.29. (Doc. Nos. 17, 18, 24.)

  On April 5, 2018, Plaintiff sought to conduct a judgment debtor examination for each of the defendants. (Doc. Nos. 19, 20.) On April 6, 2018, the Court entered orders to appear and for

1

examination to Defendants Navdeep Kaur Singh and Dave Singh, directing them to appear personally before this Court on June 22, 2019, at 8:30 a.m. to furnish information to aid in enforcement of the money judgment against them. In relevant part, each of the orders to appear stated:

> **NOTICE TO JUDGMENT DEBTOR If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

(Doc. No. 21 at 2; Doc. No. 22 at 2.)

According to the Proof of Service filed on May 30, 2018, Defendant/Judgment Debtor Navdeep Kaur Singh was personally served with the order to appear for examination on May 19, 2018. (Doc. No. 25.) On June 18, 2018, Plaintiff filed notice that Defendant/Judgment Debtor Dave Singh was not served with the order to appear for examination. (Doc. No. 26.)

On June 22, 2018, the matter came on for hearing and judgment debtor examination of Navdeep Kaur Singh pursuant to the Court's order. The case was called. Michael Gomez, counsel for Plaintiff, appeared. Despite the Court's allowance of an additional fifteen minutes for her to appear, Defendant/Judgment Debtor Navdeep Kaur Singh did not appear and did not otherwise contact the Court.[1]

Accordingly, pursuant to 28 U.S.C. § 636(e)(6)(B)(iii), this matter is HEREBY CERTIFIED to Chief Judge Lawrence J. O'Neill for a hearing upon the following order to show cause re: contempt for the failure to appear for examination on June 22, 2018. Chief Judge O'Neill will hear the evidence as to the acts or conduct complained of and, if it is such to warrant punishment, punish such person in the same manner and to the same extent as for a contempt committed before a district judge.

IT IS HEREBY ORDERED that Defendant/Judgment Debtor Navdeep Kaur Singh shall personally appear before Chief Judge Lawrence J. O'Neill, on **August 7, 2018, at 8:30 a.m., in**

---

[1] At the hearing, the Court also inquired as to any bankruptcy filed by Defendant/Judgment Debtor. Counsel for Plaintiff/Judgment Creditor reported that he had searched recently, but there had not been any bankruptcy filing by this defendant, who is a guarantor of the loans at issue.

| | |
|---|---|
| 1 | **Courtroom 4 (LJO)** of the United States District Court located at 2500 Tulare Street, Fresno, |
| 2 | California 93721, and that she show cause why she should not be adjudged in contempt of the |
| 3 | Court, due to the failure to appear for examination on June 22, 2018 |

Additionally, Plaintiff/Judgment Creditor SHALL CAUSE this order to be personally served on Defendant/Judgment Debtor Navdeep Kaur Singh not less than ten (10) days before the date set for the order to show cause hearing, and file proof of service with this Court.

IT IS SO ORDERED.

Dated: **June 25, 2018**        /s/ *Barbara A. McAuliffe*
                          UNITED STATES MAGISTRATE JUDGE