IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBK BANK, SSB, <br>     Plaintiff, <br> v. <br> NAVDEEP KAUR SINGH <br>     Defendant. | Case No.: 1:17-cv-00868 LJO <br><br> ORDER OF RELEASE |

On August 10, 2018, Navdeep Kaur Singh appeared in custody before the undersigned pursuant to the arrest warrant. The Court shall order Navdeep Kaur Singh released, and she is required to appear on August 20, 2018, before Chief Judge O'Neill to answer for her civil contempt and to comply with Order to Show Cause.

The defendant shall surrender her passport to the United States Marshal.

Accordingly, IT IS HEREBY ORDERED that:

1. Navdeep Kaur Singh is RELEASED from custody;

2. Navdeep Kaur Singh SHALL APPEAR on Monday, August 20, 2018, 10:00a.m. in Courtroom 4 before Chief Judge Lawrence J. O'Neill;

3. At her appearance on August 20, 2018, Navdeep Kaur Singh SHALL PRODUCE for examining and copying and other data demanded by the TBK Bank;

4. The arrest warrant issued August 8, 2018 is DISCHARGED;

5. Navdeep Kaur Singh is advised that the failure to appear on August 20, 2018, will result in this Court finding her in criminal contempt; and

6. Failure to comply with this order will result in the issuance of an arrest warrant.

IT IS SO ORDERED.

Dated: **August 10, 2018**              /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE