**Justin D. Harris #199112**
**HARRIS LAW FIRM, PC**
**7110 N. Fresno Street, Suite 400**
**Fresno, California 93720**
**Telephone (559) 272-5700**
**Facsimile (559) 554-9989**
**E-mail: jdh@harrislawfirm.net**

Attorneys for Navdeep Kaur Singh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBK BANK, SSB, | Case No. 1:17-cv-00868 LJO |
| Plaintiff, | ORDER TO RECONVEY PASSPORT |
| v. | |
| NAVDEEP KAUR SINGH | |
| Defendant. | |

On March 4, 2019, TBK Bank, SSB filed a status report advising the Court that they no longer intended to pursue the judgment debtor examination of Defendant Navdeep Kaur Singh ("Defendant") any further and requested that the bankruptcy status conference be dropped from calendar. Accordingly, on March 6, 2019, the Court issued a minute order vacating the status conference scheduled for March 18, 2019.

In light of the foregoing, there is no further cause for the Court to hold Defendant's passport, which the Court ordered be surrendered by Order of Release dated August 10, 2018.

//
//
//
//

To that end, the Court orders that Defendant's passport be reconveyed to her attorney, Justin D. Harris.

IT IS SO ORDERED.

Dated: __**March 8, 2019**__             __**/s/ Lawrence J. O'Neill**__
                                                                     UNITED STATES CHIEF DISTRICT JUDGE